1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  JONATHAN U. LEE (CSBN 148792)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
5  Telephone:    (415) 436-6909
   Facsimile:    (415) 436-6748
6  jonathan.lee@usdoj.gov
   Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LEO VEGA, | ) | No. C 12-05038 TEH |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER FOR DISMISSAL WITH** |
| v. | ) | **PREJUDICE** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| PHILIP LEE, AND DOES 1 TO 10, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STIPULATION RE DISMISSAL
C 12-05038 TEH

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), Plaintiff Leo Vega and Defendants United States of America, United States Postal Service, and Philip Lee stipulate to the dismissal with prejudice of <u>Vega v. USA, et al.</u>, Northern District of California case number C 12-05038 TEH.

The parties further stipulate that each party will bear its own costs.

DATED: January 10, 2013

   /s/_____
ANTHONY L. LABEL
Attorney for Plaintiff Leo Vega

DATED: January 10, 2013    MELINDA HAAG
United States Attorney

   /s/_____
JONATHAN U. LEE
Attorneys for Defendants

**BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED:**

DATED: \_\_\_01/10/2013_____   _____
HON. THELTON E. HENDERSON
United States District Judge

STIPULATION RE DISMISSAL
C 12-05038 TEH        1